UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MALIBU MEDIA, LLC,  )
    Plaintiff,  )
                              )
        v.             )   Civ. No. 1:15-cv-772
                              )
FADI AGOBIAN,  )
    Defendant.  )
                              )

## ORDER

THIS MATTER comes before the Court on Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Defendant Fadi Agobian (Dkt. 12). Upon consideration of the pleadings, this Motion is hereby DENIED. Plaintiff has not shown good cause for this extension.

ENTERED this 19th day of October, 2015.

                                          /s/
                             Theresa Carroll Buchanan
                             United States Magistrate Judge
                        THERESA CARROLL BUCHANAN
                        UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia